UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                       CASE NO. 8:07-cr-99-T-23TBM

JUAN MAY-HERNANDEZ
   a/k/a Juan Hernandez-May
_____/

### ORDER

The defendant appeals (Doc. 597) from the order (Doc. 595) denying his motion (Doc. 543) for a reduction of sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines and moves (Doc. 598) for leave to appeal *in forma pauperis*. For the reasons explained in the magistrate judge's report and recommendation (Doc. 604), the appeal is frivolous and not taken in good faith. The defendant's objection (Doc. 612) is **OVERRULED**. The report and recommendation is **ADOPTED**, and the motion for leave to appeal *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on February 9, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE